IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-103 |
| | ) |
| DAVID BEATTIE, | ) |
| Defendant. | ) |

<u>ORDER</u>

AND NOW, this 14th day of May, 2009, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered April 2, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, June 5, 2009 at 10:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

<u>s/Gary L. Lancaster</u>      ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Craig W. Haller,
Assistant United States Attorney

Mark A. Sindler, Esquire
Suite 450, Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

U.S. Marshal

U.S. Pretrial Services

U.S. Probation