IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-103 |
| | ) |
| DAVID BEATTIE | ) |
| RHIANNON FLEMING | ) |
| | ) |

## FINAL ORDER OF FORFEITURE

AND NOW, this 27th day of Jan, 2010, it is hereby ORDERED, ADJUDGED and DECREED that a Model SKS Norinco, 7.62x39 caliber semi-automatic rifle, bearing serial number 1709356J is forfeited to the United States pursuant to 18 U.S.C. § 924(d) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity.

_____
United States District Court