AND NOW, THIS 15 DAY OF
April, IT IS HEREBY
ORDERED THAT THE WITHIN
MOTION IS DENIED.

*[signature]*

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

Judge Lancaster
C.O. Clerk of Courts
Po box 1805
Pittsburgh PA 15230

Re: David Harry Beattie
Case Number 2:09-cr-00103-001
USM Number 30341-068
D.O.B 12-29-1978

Honorable Judge Lancaster,

I have been incarcerated for 16 months on a 60 month sentence. During my time here I have maintained employment with the Prison Electric Shop where I am learning a trade. I have attended a number of classes including Anger-Management and drug education. I have not been written a single incident report and have been no trouble at all.

I David Beattie, respectfully request to have the six months that I was on home confinement credited towards my sentence. During my time on house arrest I was not able to come and go as I pleased, hence I was not a free man during this time.

I thank you for the time you took to read this letter and hope that you take this matter into consideration.

Sincerely
*[signature]*

David Beattie - 30341-068
Po box 1000
F.C.i. Cumberland
Cumberland Md. 21501